**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RONALD GRANT,<br><br>    Plaintiff,<br><br>vs.<br><br>QUEST GLOBAL, INC.<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 11-cv-4262-CAP |

## J U D G M E N T

Defendant having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff RONALD GRANT, against the defendant QUEST GLOBAL, INC., for the sum of $26,841.12 representing total unpaid wages and liquidated wages claimed by the plaintiff, $522.10 representing the total expenses incurred by the plaintiff and $9,850.00 for plaintiff's attorney's fees.

Dated at Atlanta, Georgia, this 16th day of March, 2012.

                 JAMES N. HATTEN
                 CLERK OF COURT

             By: s/ James Jarvis
                James Jarvis, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 16, 2012
James N. Hatten
Clerk of Court

By: s/ James Jarvis
    Deputy Clerk